CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Marc A. Collins (SBN 136769)
Azim Khanmohamed (SBN 277717)
R. Michael Collum, Of Counsel (SBN 145105)
COLLINS & KHAN LLP
3435 Wilshire Blvd., Ste. 2600
Los Angeles, CA 90010-2246
Telephone: 323.549.0700
Facsimile: 323.549.0707
Attorneys for Defendant
Towne Investment Co.

Donald R. Brown (Bar No. CA 156548)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile:
email: dbrown@manatt.com
(310) 312-4224
Attorneys for Defendant
Eurostar, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No.: 2:20-cv-11429-SVW-PVC |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| TOWNE INVESTMENT CO., a General Partnership; EUROSTAR, INC., a Delaware Corporation, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 27, 2022         CENTER FOR DISABILITY ACCESS

                                           By:     /s/ Amanda Seabock
                                                     Amanda Seabock
                                                     Attorneys for Plaintiff

Dated: July 27, 2022         COLLINS & KHAN LLP

                                           By:     /s/ Marc A. Collins
                                                    Marc A. Collins
                                                    Azim Khanmohamed
                                                    R. Michael Collum
                                                    Attorneys for Defendant
                                                    Towne Investment Co.

Dated: July 27, 2022         MANATT, PHELPS & PHILLIPS, LLP

                                           By:     /s/ Donald R. Brown
                                                    Donald R. Brown
                                                    Attorneys for Defendant
                                                    Eurostar, Inc.

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Marc A. Collins, counsel for Towne Investment Co. and Donald R. Brown, counsel for Eurostar, Inc., and that I have obtained authorization to affix their electronic signature to this document.

Dated: July 27, 2022         CENTER FOR DISABILITY ACCESS

                              By:    /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff